# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release) |
| v. | Case Number: 02-cr-00065-ZLW-01 |
| | USM Number: 31425-013 |
| KYLE BIEREICHEL | J. Michael Dowling, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 6/15/05 |
| 2 | Possession and Use of a Controlled Substance | 11/30/05 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 22, 2007
Date of Imposition of Judgment

_____
Signature of Judge

Zita L. Weinshienk, U.S. Senior District Judge
Name & Title of Judge

Aug 24, 2007
Date

DEFENDANT: KYLE BIEREICHEL
CASE NUMBER: 02-cr-00065-ZLW-01                                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 5/10/06 |
| 4 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 5/17/06 |
| 5 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Counseling) | 5/18/06 |
| 6 | Violation of the Law | 5/19/06 |

DEFENDANT: KYLE BIEREICHEL
CASE NUMBER: 02-cr-00065-ZLW-01                                                Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months and one (1) day to be served consecutively to the sentence imposed in El Paso County District Court. No supervision following term of imprisonment.

The Court recommends that the Bureau of Prisons credit defendant with 55 days spent in official detention prior to revocation of supervised release and consider giving the defendant credit for an additional 272 days spent in state custody awaiting sentencing in this matter.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal